IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MLC AUTOMOTIVE, LLC; and LEITH OF FAYETTEVILLE, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 1:05CV01078 |
| TOWN OF SOUTHERN PINES; the SOUTHERN PINES TOWN COUNCIL; and FRANK QUIS, DAVID WOODRUFF, FRED WALDEN, CHRISTOPHER SMITHSON and MIKE HANEY, ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

ORDER

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that the Motion for Relief from Order Staying Case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure [Doc. # 83] is DENIED.

This the day of September 14, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge